# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JULIA F. GILLIAM                                          PLAINTIFF

v.                      4:07CV00869 JLH/JFF

UNITED STATES OF AMERICA                           DEFENDANT

## ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge John F. Forster and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED that:

      1. Plaintiff's Complaint (docket entry #2) is dismissed with prejudice;

      2. Plaintiff's request for leave to proceed *in forma pauperis* (docket entry #1) and for appointment of counsel (docket entry #3) are DENIED; and

      3. The Clerk of the Court is directed to accept no further pleadings from Plaintiff related to this matter unless Plaintiff has sought and obtained leave of the Court to proceed.

      DATED this 6th day of November, 2007.

                                                              _____
                                                             UNITED STATES DISTRICT JUDGE